IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

DeANDRE L'OVERTURE JACKSON, ) Civil Action No. 7:13-cv-00014
    Plaintiff, )
 ) **MEMORANDUM OPINION**
v. )
 ) By:   Jackson L. Kiser
SUPREME COURT OF VIRGINIA, et al.,) Senior United States District Judge
    Defendant(s). )

DeAndre L'Overture Jackson, proceeding pro se, filed a civil rights complaint, pursuant to 42 U.S.C. § 1983. By Order entered January 9, 2013, the court directed plaintiff to submit within ten (10) days from the date of the Order an inmate account form, and a certified copy of plaintiff's trust fund account statement for the six-month period immediately preceding this filing of the complaint, obtained from the appropriate prison official of each prison at which plaintiff is or was confined during that six-month period. Plaintiff was advised that failure to comply would result in dismissal of this action without prejudice.

More than twenty (20) days have elapsed, and plaintiff has failed to comply with the described conditions. Accordingly, the court dismisses the action without prejudice and strikes the case from the active docket of the court. Plaintiff may refile the claims in a separate action once plaintiff is prepared to comply with the noted conditions.

The Clerk is directed to send a copy of this Memorandum Opinion and accompanying Order to plaintiff.

ENTER: This 31st day of January, 2013.

*/s/ Jackson L. Kiser*
Senior United States District Judge
CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED for RJu

JAN 31 2013

JULIA C. DUDLEY, CLERK
BY: HMcDonald
    DEPUTY CLERK