IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED for RM
JAN 31 2013
JULIA C. DUDLEY, CLERK
BY: HMcDonaCo
DEPUTY CLERK

| | |
|---|---|
| DeANDRE L'OVERTURE JACKSON, )<br>　　　Plaintiff,　　　　　　　　　　) | Civil Action No. 7:13-cv-00014 |
| v.　　　　　　　　　　　　　　　　　) | **DISMISSAL ORDER** |
| SUPREME COURT OF VIRGINIA, et al., )<br>　　　Defendant(s).　　　　　　　　) | By:　Jackson L. Kiser<br>Senior United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby

**ORDERED**

that this action is **DISMISSED without prejudice** for plaintiff's failure to comply and the action is **STRICKEN** from the active docket of the court.

The Clerk is directed to send a copy of this Order and the accompanying Memorandum Opinion to plaintiff.

ENTER: This 31st day of January, 2013.

　　　　　　　　　　　　　　　　　/s/ Jackson L. Kiser
　　　　　　　　　　　　　　　　　Senior United States District Judge