CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED for RM

JAN 31 2013

JULIA C. DUDLEY, CLERK
BY: HMcDonaCo
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| DeANDRE L'OVERTURE JACKSON, )<br>    Plaintiff, )<br>)<br>v. )<br>)<br>SUPREME COURT OF VIRGINIA, et al., )<br>    Defendant(s). ) | Civil Action No. 7:13-cv-00014<br><br>**DISMISSAL ORDER**<br><br>By:   Jackson L. Kiser<br>Senior United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby

**ORDERED**

that this action is **DISMISSED without prejudice** for plaintiff's failure to comply and the action is **STRICKEN** from the active docket of the court.

The Clerk is directed to send a copy of this Order and the accompanying Memorandum Opinion to plaintiff.

ENTER: This 31st day of January, 2013.

                          /s/ Jackson L. Kiser
                          Senior United States District Judge